ACCEPTED
15-25-00083-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 3:44 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00083-CV

_____

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/7/2025 3:44:39 PM
CHRISTOPHER A. PRINE
Clerk

_____

DR. ROBERT TAFEL, *et al.*

V.

D.S.L.

_____

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANTS

_____

Appellants Dr. Robert Tafel, *et al.* ask the Court to grant them a 30-day extension of time to file their Brief of Appellants. This is the first motion for extension for that filing. The current due date is May 15, 2025. The extended due date would be June 16, 2025. Appellee does not oppose this extension.

There is good cause to grant this extension. The case presents issues of first impression in Texas involving enforcement of arbitration provisions as to statutory *qui tam* claims. In addition, appellate counsel for Appellants, Jane Webre, has the following obligations in other matters during the time she would be preparing the brief: (1) April 30, Briefs of Appellants filed in No. 05-24-01008-CV in the Fifth Court of Appeals at Dallas; (2) May 5, response to motion for rehearing filed in No.

4906-8760-9920

03-22-00378-CV in the Third Court of Appeals at Austin; (3) May 27, Brief of Appellants due in No. 25-50260, in the Fifth Circuit

WHEREFORE, Appellants respectfully pray that the Court grant this motion and extend the time for them to file their Brief of Appellants by 30 days, until June 16, 2025.

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX  78701-3234
Phone: (512) 495-6300
Fax: (512) 495-6399


By: _____
    Jane Webre
    State Bar No. 21050060
    jwebre@scottdoug.com

CRAIG D. CHERRY
Bar No. 24012419
ccherry@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Rd., Second Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

2

CHRISTOPHER S. AYRES,
Bar No. 24036167
csayres@ayreslawoffice.com
R. JACK AYRES, JR.
Bar No. 01473000
rjayres@ayreslawoffice.com
AYRES LAW OFFICE, P.C.
8140 Walnut Hill Lane, Suite 105
Dallas, Texas 75231
972-991-2222 – Phone
972-386-0091 – Fax

CHRIS DAVIS
State Bar No. 24050483
cdavis@grayreed.com
GRAY REED
1601 Elm Street, Suite 4600
Dallas, TX 75201
(214) 954-4135—Phone

**Counsel for Appellants**

CERTIFICATE OF CONFERENCE

I certify that I corresponded by e-mail with Hunter Polvi, counsel for Appellee, on May 7, 2025. He told me that Appellee does not oppose the relief sought through this motion.

_____
Jane Webre

CERTIFICATE OF SERVICE

I certify that I served this brief through the electronic filing system on counsel of record on May 7, 2025.

_____
Jane Webre

3

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michaelle Peters on behalf of Jane Webre
Bar No. 21050060
mpeters@scottdoug.com
Envelope ID: 100563714
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time To File Brief of Appellants
Status as of 5/7/2025 4:05 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Jane Webre | | jwebre@scottdoug.com | 5/7/2025 3:44:39 PM | SENT |
| Michaelle Peters | | mpeters@scottdoug.com | 5/7/2025 3:44:39 PM | SENT |
| Luis Garcia | | lgarcia@scottdoug.com | 5/7/2025 3:44:39 PM | SENT |
| Craig Cherry | 24012419 | ccherry@cjsjlaw.com | 5/7/2025 3:44:39 PM | SENT |
| Christopher Ayres | 24036167 | csayres@ayreslawoffice.com | 5/7/2025 3:44:39 PM | SENT |
| Rowe Ayres | 1473000 | rjayres@ayreslawoffice.com | 5/7/2025 3:44:39 PM | SENT |
| Christopher Davis | 24050483 | cdavis@grayreed.com | 5/7/2025 3:44:39 PM | SENT |
| Jerry Alexander | 993500 | alexanderj@passmanjones.com | 5/7/2025 3:44:39 PM | SENT |
| D. HunterPolvi | | polvih@passmanjones.com | 5/7/2025 3:44:39 PM | SENT |
| Andrew Sommerman | 18842150 | andrew@textrial.com | 5/7/2025 3:44:39 PM | SENT |
| Sean McCaffity | 24013122 | smccaffity@textrial.com | 5/7/2025 3:44:39 PM | SENT |
| George Quesada | 16427750 | quesada@textrial.com | 5/7/2025 3:44:39 PM | SENT |